**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jesus CHAVEZ–VALENZUELA,
aka Jesus Valenzuela Chavez,
Defendant—Appellant.**

No. 07–50506.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 14, 2009.*

Filed Oct. 1, 2009.

Michael J. Raphael, Esquire, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, Todd T. Tristan, Assistant U.S., United States Attorney's Office, Santa Ana, CA, for Plaintiff–Appellee.

James H. Locklin, Esquire, Assistant Federal Public Defender, Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**AFFIRMED; REMANDED to correct the judgment.**

Before: SILVERMAN, RAWLINSON, and CLIFTON, Circuit Judges.

MEMORANDUM **

Jesus Chavez–Valenzuela appeals from his guilty-plea conviction and 30–month sentence for being an illegal alien found in the United States, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Chavez–Valenzuela's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is granted, and the district court's judgment is affirmed.

In light of Chavez–Valenzuela's release from custody, his pending motion is denied as moot.

In accordance with *United States v. Rivera–Sanchez,* 222 F.3d 1057, 1062 (9th Cir. 2000), we remand the case to the district court with instructions that it delete from the judgment the incorrect reference to 8 U.S.C. § 1326(b). *See United States v. Herrera–Blanco,* 232 F.3d 715, 719 (9th Cir.2000) (remanding sua sponte to delete the reference to § 1326(b)).

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

